**DISMISS; and Opinion Filed July 15, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00534-CV

### ADOLFO ALEMAN, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0939129**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Osborne

After reviewing the clerk's record, the Court questioned its jurisdiction over this appeal as it appeared the notice of appeal was untimely. We instructed appellant to file, by June 17, 2019, a letter brief addressing our concern. We cautioned him that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellant has not responded.

Without a timely post-judgment motion extending the appellate timetable, a notice of appeal is due thirty days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1. Without a timely notice of appeal, this Court lacks jurisdiction. *See id.* 25.1(b).

Appellant appeals from the trial court's order on inmate fees signed on April 19, 2010. Appellant filed his notice of appeal on March 8, 2019, almost nine years after the date the order

was signed. Because appellant failed to timely appeal, we dismiss this appeal for want of jurisdiction. *See id*. 42.3(a).

/Leslie Osborne/
LESLIE L. OSBORNE
JUSTICE

190534F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADOLFO ALEMAN, Appellant

No. 05-19-00534-CV      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-0939129.
Opinion delivered by Justice Osborne.
Justices Schenck and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 15th day of July, 2019.